1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DORIS YVONNE WEAVILL,<br><br>      Plaintiff,<br><br>   vs.<br><br>WACHOVIA MORTGAGE, FSB F.K.A WORLD SAVING BANK, organized and existing under laws of the United States, CALWESTERN RECONVEYANCE CORPORATION,<br><br>      Defendants. | Case No: 11-05541 SBA<br><br>**ORDER** |

On November 16, 2011, Plaintiff Doris Weavill ("Plaintiff") filed the instant action against Defendants, alleging three state law causes of action arising out of a foreclosure proceeding on her residence. Compl., Dkt. 1. On January 20, 2012, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, Fsb ("Defendant") filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 9. Defendant noticed its motion to dismiss for hearing on May 15, 2012. Id.

Under Local Rule 7-3, Plaintiff's opposition or statement of non-opposition to the motion to dismiss was due no later than twenty-one (21) days before the hearing date, i.e., on or before April 24, 2012. See Civ. L.R. 7-3(a). This Court's Standing Orders specifically warn that "failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." Civil Standing Orders at 5, Dkt. 2. Notwithstanding the requirements of Civil

Local Rule 7-3 and this Court's Standing Orders, Plaintiff has not filed a response to Defendant's motion to dismiss.

The failure to file an opposition to a motion to dismiss in the manner prescribed by this Court's Local Rules is a proper ground for dismissal. <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam). Here, although Plaintiff's failure to file an opposition is a proper ground to grant Defendant's motion to dismiss, the Court will afford Plaintiff the opportunity to file a response to the motion by no later than seven (7) days from the date this Order is filed. The Court, however, warns Plaintiff that the failure to file a timely response will result in dismissal of this action with prejudice under Rule 41(b) of the Federal Rules of Civil Procedure. <u>Ferdik v. Bonzelet,</u> 963 F.2d 1258, 1260 (9th Cir. 1992) (pursuant to Rule 41(b), a district court may dismiss an action for failure to comply with any order of the court). In the event that Plaintiff fails to file a timely response to the motion, Defendant shall promptly notify the Court.

IT IS SO ORDERED.

Dated: 5/11/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DORIS YVONNE WEAVILL,

       Plaintiff,

  v.

WACHOVIA MORTGAGE et al,

       Defendant.
                                        /

Case Number: CV11-05541 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Doris Yvonne Weavill
929 Guava Drive
Modesto, CA 95356

Dated: May 14, 2012
                                    Richard W. Wieking, Clerk

                                          By: Lisa Clark, Deputy Clerk